_____          _____ RETAIN

Robert A. Gordon , U.S. BANKRUPTCY JUDGE          Evidentiary Hrg: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 02/20/2009 Time: 09:15

09-11016 Rita Chappelle

Robert E. Molloy representing Rita Chappelle (Debtor)

Gerard R. Vetter (Trustee)

[12]   Motion to Extend Automatic Stay as to All Creditors
       Filed by Rita Chappelle.  (Attachments: # (1) Proposed Order)
Movant: Rita Chappelle  BY R Molloy;

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters:       (List Paper No next to ruling)

    Granted    _____        Sustained  _____        Denied     12
    Overruled  _____        Withdrawn  _____        Under Adv. _____
    Moot       _____        Consent    _____        Dismissed  _____
    O.T.J. Fee _____

DECISION:

[ ]  Signed by Court       [ ]  Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel            [✓] Court
     [ ]  Respondent's counsel        [✓] Other  CSS-UPLOAD ORDER

NOTES:

D's multiple filings, especially last case, reflect a lack of good faith.